# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: WA:25-CR-00218(1)-ADA |
| § | |
| (1) VICTOR MANUEL ORELLANA-ORTIZ § | |

**ORDER**

  On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 22, 2025, wherein the defendant (1) VICTOR MANUEL ORELLANA-ORTIZ waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) VICTOR MANUEL ORELLANA-ORTIZ to the Report and Recommendation, the Court enters the following order:

  **IT IS THEREFORE ORDERED** that the defendant (1) VICTOR MANUEL ORELLANA-ORTIZ's plea of guilty to Count One (1) is accepted.

  Signed this 5th day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE